IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,
   Plaintiff,

vs.              No. 23-CR-00857 DHU

JUSTIN AGUINO,
    Defendant.

## <u>UNOPPOSED MOTION TO RESCHEDULE THE SENTENCING FOR AN EARLIER DATE</u>.

**NOW COMES,** Justin Aguino, by and through his counsel of record, Kelly Alexis Golightley, and hereby moves this Court to reschedule the sentencing at an earlier date.  As grounds the Defendant offers the following facts:

1. Mr. Aguino pleaded guilty on April 9, 2026 (Doc. 83)

2. Mr. Aguino's plea calls for a sentencing range of 0-15 months.

3. Mr. Aguino has been in custody for more than 6 months.

4. Mr. Aguino requests an earlier sentencing date to address his sentence.

5. The United States Government has been contacted through Nikki Tapia-Brito who does not oppose.

Mr. Aguino prays for this Court to reschedule the sentencing hearing to a earlier date.

         Respectfully submitted,

         */s/ Kelly Alexis Golightley*
         KELLY ALEXIS GOLIGHTLEY
         Counsel for the Defendant
         514 Marble Avenue NW
         Albuquerque, NM 87102
         (505) 842-1200

kelly@golightleylaw.com


**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on _June 17, 2026, I filed the foregoing electronically through the CM/ECF system, which caused all counsel of record to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.