March 22, 2026

Tammy Salter
44 Sunshine St.
Ohkay Owingeh, NM 87566

To Whom is May Concern,

I am writing to serve as a character reference for my nephew, Justin Aguino Jr. I have known Mr. Aguino for his entire life. Mr. Aguino has been an active member of our family. He has always shown respect and honesty. During Mr. Aguino's upbringing he participated in a youth dance group with his may cousins, including my two children. Mr. Aguino would always be an example to his younger family members. He was always willing to share his dancing and life experience with his peers.

I have been with Mr. Aguino during countless interactions with his family and community. He has always shown a comradery and respect.   He has always been willing to help in any capacity needed to whomever needed assistance. His family will always love and support him on his path forward.  His presence back home here in Ohkay Owingeh would be wonderful for his family. If you have any questions, please contact me at 505-570-1839

Tammy Salter