To Whom it May Concern:                                          3-23-2026

I am writing to you in Regards to Justin Aguino Jr.
My name is Tricia Baca and I am his Aunt. I have
Known Justin since he was born. He has always
been a very responible trust worthy honest hard
working Person. He grew up with holding high
standards and wanting to help people he
has always helped protect our comunities.
He has always had great values and morals.
Always wanting to help our comunity become
better and making a diffrence. He has
always been comitted to help Keep our
comunities safe. He has worked hard is a
great person. He is a great father Son
grandson Nephew Brother cousin and family
man. He takes on his responsibilities and
holds himself to great standards. If you
have any questions you may contact me

Tricia Baca
P.O. Box 1438
Oh Kay Owingeh NM 87546

cell # 505-614-7330
E-mail
Tricia Baca @ rocket mail.com

Thank you
Respectfully
Signed,

Tricia Baca