**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW MEXICO**
**SENTENCING MINUTE SHEET**
**BEFORE THE HONORABLE DAVID HERRERA URIAS**

| CR No: | 23-857 DHU | USA vs. | Aguino |
|---|---|---|---|
| **Date:** | 7/2/26 | Defendant: | Justin Aguino |

| Time In/Out: | 1:34-1:44 PM | Total Time in Court: | 10 minutes |
|---|---|---|---|
| Clerk: | J. Gonzales | Court Reporter: | S. Silva |
| AUSA: | Kimberly Brawley | Defendant's Counsel: | Kelly Golightley |
| Courtroom: | Mimbres | Probation Officer: | Saira Bustillos-Quintana |
| Interpreter: | n/a | Interpreter Sworn? | ☐ Choose an item. |

| Convicted on: | Plea | | As to: | | Counts: | |
|---|---|---|---|---|---|---|
| Guilty Plea: | | | Plea Agreement: | | | |
| Date of Plea/Verdict: | Date | PSR: | ☐ Courts adopts PSR Findings | Evidentiary Hrg: | | |
| Exceptions to PSR: | | | | | | |

## SENTENCE IMPOSED

**IMPRISONMENT (BOP):**

☐ 500-Hour Drug Program    ☐ BOP sex-offender treatment program    Other:

**SUPERVISED RELEASE:**    ☐ Mandatory/Standard Conditions

### SPECIAL CONDITIONS OF SUPERVISION

| ☐ Parties have reviewed the standard and special conditions listed in Attachment A to PSR. Doc. | ☐ Parties have no objections to the conditions listed in Attachment A. |
|---|---|
| ☐ Parties waive reading of conditions. | ☐ Conditions are imposed as listed in Attachment A to the PSR to include the justification and nexus of the conditions listed. |

### MONETARY PENALTIES / FORFEITURES

| Fine: $ | -0- | Restitution: $ | -0- | SPA: $ | | Due Immediately |
|---|---|---|---|---|---|---|
| Forfeit rights title & interest to: | | | | | | |

### OTHER

☐ Waived Appeal Rights per Plea Agreement    ☒ Remanded

☐ Recommended place(s) of incarceration:

☐ Dismissed Counts:

### PROCEEDINGS

Ms. Golightley addresses Court requests withdrawal of plea and time to research case; Ms. Brawley has no objection to continuance of hearing to allow parties time to evaluate case; Ms. Golightley requests release pending hearing date; Ms. Brawley addresses Court re: release; Court will release Mr. Aquino pending hearing-will recess for 15 minutes to allow discussion of conditions of release; counsel advise there is nothing further and hearing can be recessed.