IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No.  23-CR-857 DHU |
| | ) | |
| vs. | ) | |
| | ) | |
| JUSTIN AGUINO, | ) | |
| | ) | |
| Defendant. | ) | |

**<u>UNOPPOSED MOTION TO WITHDRAW GUILTY PLEA</u>**

Defendant Justin Aguino, by and through undersigned counsel, moves the Court for an order permitting him to withdraw his guilty plea and as grounds therefore states as follows:

On June 13, 2023, Mr. Aguino was charged in a two-count indictment with Obstruction of Justice, in violation of 18 U.S.C. § 1512(c)(2), and False Statement, in violation of 18 U.S.C. § 1001(a)(2).  Doc. 2.

On April 9, 2026, Mr. Aguino entered a guilty plea to the Obstruction of Justice charge in Count 1.  Doc. 83 at 2.

The conduct proscribed by the statute of conviction must comprise "obstructing[ing], influenc[ing], or imped[ing] any official proceeding" by tampering with *evidence.*  18 U.S.C. 1512(c)(1)(1)-(2).  The defendant's charged conduct in Count 1 may not clearly implicate "evidence" as defined in *United States v. Fischer*, 144 S.Ct. 2176 (2024), and *United States v. De Bruhl,* 118 F.4th 735 (2024).

The parties have agreed that in order to avoid a possible appeal, Mr. Aguino should be permitted to withdraw his guilty plea and the plea agreement and enter into a new Rule

11(c)(1)(B) plea agreement providing for a plea to False Statement, in violation of 18 U.S.C. § 1001(a)(2).

The United States, through Assistant United States Attorney Niki Tapia-Brito, does not oppose the relief sought in this motion.

WHEREFORE, for the foregoing reasons, Mr. Aguino hereby requests the Court enter an order permitting him to withdraw his guilty plea and the plea agreement entered on April 9, 2026, in order to enable him to enter into a new plea agreement.

Respectfully submitted,


*Filed Electronically on August 4, 2026*
Kelly A. Golightley
Attorney for Defendant Justin Aguino


I HEREBY CERTIFY that I electronically filed the
foregoing with the Clerk of the Court
using the CM/ECF system which will send
notification to counsel of record for the
United States.

*Filed Electronically on August 4, 2026*
Kelly A. Golightley
Attorney for Defendant Justin Aguino