IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CR NO.  23-857 DHU |
| | ) | |
| vs. | ) | |
| | ) | |
| JUSTIN AGUINO, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER PERMITTING WITHDRAWAL OF GUILTY PLEA**

THIS MATTER came before the Court on the Defendant's Unopposed Motion to Withdraw Guilty Plea (Doc. 100), requesting that Mr. Aguino be permitted to withdraw his guilty plea, entered by plea agreement on April 9, 2026.  Doc. 83.

IT IS HEREBY ORDERED that Defendant's guilty plea be withdrawn.

DAVID HERRERA URIAS
UNITED STATES DISTRICT JUDGE